# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0267. ROD AYCOX, EXECUTOR OF THE ESTATE OF LESLIE V. AYCOX v. LEE KENNETH PARTISS, III et al.**

Rod Aycox, Executor of the Estate of Leslie Aycox, filed a dispossessory petition against Lee Kenneth Partiss, III, and All Other Occupants. The magistrate court denied the petition, and Aycox filed a motion to set aside the magistrate court's ruling. The magistrate court denied the motion, and Aycox filed a petition for writ of certiorari in the superior court. On February 10, 2023, the superior court affirmed the magistrate court's ruling, and Aycox filed this application for discretionary appeal on March 13, 2023. We, however, lack jurisdiction.

An application for discretionary appeal generally must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).

Here, Aycox filed the application 31 days after the superior court's order was entered. We thus lack jurisdiction to consider this application, which is hereby DISMISSED. See *Ray M. Wright, Inc.*, 239 Ga. App. 522-523.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__04/10/2023_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*